[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-16647
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00091-CR-BAE-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AURORA YVETTE HERNANDEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 3, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Amanda R. Roberts, appointed counsel for Aurora Yvette Hernandez in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez's conviction and sentence are **AFFIRMED**.